UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH E. BERRY,

              Plaintiff,

  v.

DEPARTMENT OF CORRECTIONS
and JOHN DOE,

              Defendants.

NO. C10-5622 BHSKLS

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COURT'S ORDER TO SHOW CAUSE

      By Order dated September 14, 2010, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the court's order. Dkt. 4. Plaintiff was given a deadline to amend or show cause by October 1, 2010. *Id.* On the same day, Plaintiff filed a notice of change of address. Dkt. 5. The clerk was unable to update Plaintiff's address as he did not provide the court with the full address. On September 24, 2010, Plaintiff filed a second notice of change of address. Dkt. 6.

      In light of these recent filings, the court shall allow Plaintiff additional time to show cause or to file an amended complaint curing the deficiencies outlined in the court's Order to Amend. Accordingly, it is **ORDERED:**

1    (1)   Plaintiff must show cause or file his amended complaint on or before **October 29, 2010.**  Plaintiff is cautioned that if he fails to show cause or amend his complaint by **October 29, 2010**, the Court will recommend dismissal of this action as frivolous pursuant to 28 U.S.C. § 1915 and such dismissal will count as a "strike" under 28 U.S.C. § 1915(g).

(2)   The Clerk is directed to send to Plaintiff a copy of this Order, a copy of the court's Order dated September 14, 2010 (Dkt. 4), and a copy of the General Order.

**DATED** this  6th  day of October, 2010.

Karen L. Strombom
United States Magistrate Judge