UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH E. BERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS and JOHN DOE,<br><br>    Defendants. | Case No. C10-5622BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 9). The Court having considered the Report and Recommendation and the remaining record, and no objections by Plaintiff having been filed, does hereby find and order as follows:

(1)    The Court adopts the Report and Recommendation; and

(2)    This action is **DISMISSED without prejudice**.

DATED this 8th day of February 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER