# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEITH E. BERRY,

JUDGMENT IN A CIVIL CASE

v.

Case No. C10-5622BHS

DEPARTMENT OF CORRECTIONS and
JOHN DOE,

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED without prejudice**.

| February 9, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk